Daniel J. Bugbee, WSBA No. 42412
155 NE 100th St., Suite 205
Seattle, WA 98125
Tel: (206) 489-3819
dbugbee@lawdbs.com
*Attorneys for Whirpool Corporation*

# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LORRIANE LEWIS,<br><br>              Plaintiff,<br><br>   v.<br><br>WHIRLPOOL CORPORATION,<br><br>              Defendant. | No.<br><br>NOTICE OF REMOVAL |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, Defendant Whirlpool Corporation ("Whirlpool"), expressly reserving all rights otherwise to respond to this lawsuit, hereby removes the above-captioned case, which was filed in the Superior Court in and for King County, Case No. 22-2-08650-5 SEA, to the United States District Court for the Western District of Washington.

## PROCEDURAL HISTORY

1. On June 8, 2022, Plaintiff Lorraine Lewis ("Plaintiff") filed this product liability action styled *Lorraine Lewis v. Whirlpool Corporation,* Case No. 22-2-08650-5 SEA, in the

DBS|LAW
A Professional Limited Liability Company
155 NE 100th Street, Suite 205   Seattle, WA 98125
p: 206.489.3802  |  f: 206.973.8737

Superior Court of King County, Washington.

2. On July 7, 2022, Plaintiff served their Summons and Petition on Whirlpool. *See* Summons and Petition, collectively attached hereto as **Exhibit A.**

3. This Court has jurisdiction over this case pursuant to 28 U.S.C. § 1332(a) on the basis of diversity of citizenship and amount in controversy.

4. This case is removable pursuant to 28 U.S.C. § 1441(b).

5. Pursuant to 28 U.S.C. § 1446(a), Whirlpool has attached to this notice "a copy of all process, pleadings, and orders served upon" it. See **Exhibit A**.

### DIVERSITY OF CITIZENSHIP

6. Plaintiff Lorraine Lewis is a citizen of the state of Washington. *See* Plaintiff's Complaint ¶ 1.

7. Defendant Whirlpool Corporation is a Delaware corporation with its principal place of business in Michigan. Thus, Whirlpool is a citizen of the states of Delaware and Michigan.

8. Whirlpool, the only party in interest served as a defendant, is not a citizen of the state of Washington. Therefore, complete diversity exists between all the parties.

### AMOUNT IN CONTROVERSY

9. The amount in controversy in this case exceeds $75,000 exclusive of interest and costs.

10. Plaintiff alleges personal injury from a fire she alleges was caused by a Whirlpool stove.

11. During information discussions between the parties, outside of the

NOTICE OF REMOVAL - 2



A Professional Limited Liability Company
155 NE 100th Street, Suite 205   Seattle, WA 98125
p: 206.489.3802  |  f: 206.973.8737

Complaint, the Plaintiff has made a demand alleging $100,000.00 in damages.

12. Accordingly, the amount in controversy requirement has been met to establish subject matter jurisdiction based on diversity.

### OTHER REQUIREMENTS FOR REMOVAL

13. Whirlpool was served with the Petition on July 7, 2022. Thus, this Notice of Removal is being timely filed within the thirty (30) days of service of initial pleadings pursuant to 28 U.S.C. § 1446(b).

14. Venue is proper in this Court pursuant to 28 U.S.C. § 1441(a) and 1446(a) because the U.S. District Court for the Western District of Washington, is the federal judicial district embracing the Superior Court of King County, Washington, where the state court action was originally filed.

15. Written notice of the filing of the Notice of Removal will be served on Plaintiffs' counsel and filed with the Superior Court of King County, Washington, pursuant to 28 U.S.C. § 1446(d). A copy of the Notice of Filing of Notice of Removal to the United States District Court is attached hereto as **Exhibit C.**

16. As of the date of this filing, there are no pending motions in this matter.

### CONCLUSION

WHEREFORE, Defendant Whirlpool Corporation requests that the above-entitled matter currently pending in the Superior Court of King County, Washington, be removed to the United States District Court for the Western District of Washington.



A Professional Limited Liability Company
155 NE 100th Street, Suite 205   Seattle, WA 98125
p: 206.489.3802  |  f: 206.973.8737

DATED this 27th day of July 2022.

DBS | LAW

By  /s/ *Daniel J. Bugbee*
Daniel J. Bugbee, WSBA No. 42412
155 NE 100th St., Suite 205
Seattle, WA 98125
Tel: (206) 489-3819
dbugbee@lawdbs.com
*Attorneys for Defendant Whirlpool Corporation*

NOTICE OF REMOVAL - 4



A Professional Limited Liability Company
155 NE 100th Street, Suite 205   Seattle, WA 98125
p: 206.489.3802  |  f: 206.973.8737

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 27th day of July, 2022, a true and correct copy of the foregoing was served upon all counsel through the Court's CM/ECF system.

*/s/ Daniel J. Bugbee*
Daniel J. Bugbee, WSBA #42412

NOTICE OF REMOVAL - 5



A Professional Limited Liability Company
155 NE 100th Street, Suite 205   Seattle, WA 98125
p: 206.489.3802  |  f: 206.973.8737