IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
IN AND FOR KING COUNTY

LORRAINE LEWIS,

    Plaintiff,

WHIRLPOOL CORPORATION, a foreign Corporation,

    Defendants

NO.

COMPLAINT

Plaintiffs allege as follows:

1. Plaintiff is a Washington resident.

2. Defendant is a foreign corporation registered to do business in this State.

3. ON or about May 19, 2020, Plaintiff was injured by a "pan fire" trigged by a stove designed and manufactured by Defendant.

4. The fire was trigged by a defect in design and/or construction of the stove.

5. Plaintiff sustained serious burn injuries to her arms, neck and face.

6. As a result, Plaintiff suffered general and special damages as will be proven at trial.

SUMMONS AND COMPLAINT- 3

**DAVID A. WILLIAMS**
9 Lake Bellevue Drive, Suite 104 Bellevue, WA 98005
Telephone (425) 646-7767 - Facsimile (425) 646-1011

WHEREFORE, Plaintiffs pray for judgment against the Defendant, for their general and special damages as will be proven at trial, for their costs and fees as allowed by law, and for such other and further relief as the Court deems just.

DATED this 8 of March 2022.

_____
DAVID A. WILLIAMS, WSBA #12010
Attorney for Plaintiffs

SUMMONS AND COMPLAINT- 4

**DAVID A. WILLIAMS**
9 Lake Bellevue Drive, Suite 104 Bellevue, WA 98005
Telephone (425) 646-7767 - Facsimile (425) 646-1011