Daniel J. Bugbee, WSBA No. 42412
155 NE 100th St., Suite 205
Seattle, WA 98125
Tel: (206) 489-3819
dbugbee@lawdbs.com
*Attorneys for Whirlpool Corporation*

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LORRIANE LEWIS,<br><br>                Plaintiff,<br><br>   v.<br><br>WHIRLPOOL CORPORATION,<br><br>               Defendant. | No.<br><br>ANSWER TO COMPLAINT |

## ANSWER TO COMPLAINT

Defendant Whirlpool Corporation ("Whirlpool") answers Plaintiff's Complaint for Products Liability as follows:

1. Whirlpool is without sufficient information or knowledge to form a belief as to the allegations of paragraph 1 of Plaintiff's Complaint and, therefore, denies the same.

2. In response to the allegations of paragraph 2 of Plaintiff's Complaint, Whirlpool admits it is a Delaware corporation. Whirlpool admits products it designs and manufacturers are sold in the state of Washington. Whirlpool denies all remaining allegations and any allegations inconsistent with these admissions.

3. Whirlpool denies that a product manufactured or designed by it was defective or

ANSWER TO COMPLAINT - 1

otherwise caused the loss at issue. Whirlpool is without sufficient information or knowledge to form a belief as to the remaining allegations of paragraph 3 of Plaintiff's Complaint and, therefore, denies the same.

4. Whirlpool denies the allegations in paragraph 4 of Plaintiff's Complaint.

5. Whirlpool is without sufficient information or knowledge to form a belief as to the remaining allegations of paragraph 5 of Plaintiff's Complaint and, therefore, denies the same.

6. Whirlpool denies that it is liable for Plaintiff's damages. Whirlpool is without sufficient information or knowledge to form a belief as to the remaining allegations of paragraph 6 of Plaintiff's Complaint and, therefore, denies the same.

WHEREFORE, Whirlpool Corporation prays for judgment in its favor and against Plaintiff Lorraine Lewis, that Plaintiff's Petition be dismissed with prejudice, for costs of this action, attorneys' fees, and all other relief appropriate in the premises.

**AFFIRMATIVE DEFENSES**

1. The Complaint fails to state a claim upon which relief can be granted.

2. Subject to further investigation and discovery, some or all of Plaintiff's claims may be barred by applicable statutes of limitation or repose.

3. Plaintiff has failed to mitigate its alleged damages, if any.

4. The Whirlpool products that are at issue in this litigation conformed to the generally recognized state of the art.

5. Plaintiff's damages, if any, were caused by the superseding and intervening acts and omissions of others.

ANSWER TO COMPLAINT - 2

DBS|LAW
A Professional Limited Liability Company
155 NE 100th Street, Suite 205   Seattle, WA 98125
p: 206.489.3802 | f: 206.973.8737

6. Plaintiff's damages, if any, were proximately caused by the misuse, alteration, and/or modification of the products at issue in this matter. These misuses, alterations, and modifications were not reasonably foreseeable by Whirlpool.

7. Plaintiff's damages, if any, were caused in whole or in part by their own contributory fault, and recovery, if any, should be reduced accordingly.

8. Plaintiff's damages, if any, were caused in whole or in part by fault of other persons, parties, and/or entities not acting in concert with Defendants, and liability, if any, should be apportioned pursuant to RCW 4.22.070.

9. Plaintiff assumed the risk of their own damages, and Plaintiff's recovery should be reduced or barred thereby.

10. The products that are at issue in this action complied with all applicable governmental codes, standards, regulations, or specifications.

11. Plaintiff's case failed to join real parties in interest and/or those needed for just adjudication.

12. Subject to further investigation and discovery, some or all of Plaintiff's claims may be barred by Washington's useful safe life statute.

13. Subject to further investigation and discovery, Plaintiff's claims may be barred or limited by spoliation of, or other failure to preserve, evidence.

14. Plaintiff's causes of action based upon breach of warranties are barred for failure to comply with notice requirements under 62A RCW.

15. Plaintiff's causes of action based upon breach of warranties are barred because they lack privity with Whirlpool.

ANSWER TO COMPLAINT - 3



A Professional Limited Liability Company
155 NE 100th Street, Suite 205   Seattle, WA 98125
p: 206.489.3802  |  f: 206.973.8737

16.    Whirlpool reserves the right to supplement or modify its affirmative defenses, as needed or warranted by ongoing investigation and discovery in this case.

17.    To the extent any of Plaintiff's allegations are not fully answered above, Whirlpool hereby denies the same.

DATED this 27th day of July 2022.

DBS | LAW

By  /s/ *Daniel J. Bugbee*
Daniel J. Bugbee, WSBA No. 42412
155 NE 100th St., Suite 205
Seattle, WA 98125
Tel: (206) 489-3819
dbugbee@lawdbs.com
*Attorneys for Defendant Whirlpool Corporation*

ANSWER TO COMPLAINT - 4



DBS | LAW
A Professional Limited Liability Company
155 NE 100th Street, Suite 205   Seattle, WA 98125
p: 206.489.3802  |  f: 206.973.8737

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 27th day of July, 2022, a true and correct copy of the foregoing was served upon all counsel through the Court's CM/ECF system.

*/s/ Daniel J. Bugbee*
Daniel J. Bugbee, WSBA #42412



ANSWER TO COMPLAINT - 5

A Professional Limited Liability Company
155 NE 100th Street, Suite 205   Seattle, WA 98125
p: 206.489.3802 | f: 206.973.8737